# United States District Courts
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| United States of America | **WARRANT FOR ARREST** |
| v. | |
| (1) Brittany Nisha Turney | Case Number:<br>DR:21-M -01513(1) |

**To: The United States Marshal**
   **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest     (1) Brittany Nisha Turney
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description)

*On August 25, 2021, defendants Wesley Groomes and Brittany Turney, both U.S. citizens, were arrested near Carrizo Springs, TX for transporting illegal aliens and conspiracy to transport aliens respectively, in furtherance into the U.S. GROOMES (driver) and TURNEY (front passenger) were encountered during primary inspection at the Border Patrol Checkpoint on Hwy 277 driving a gray 2018 Nissan Versa. Upon questioning of the vehicle's occupants' agents determined defendants were transporting four illegal aliens, two of which were seating on the floorboards, who admitted being illegally in the U.S. TURNEY admitted conspiring with Robert Castro (passenger) to go on a trip to Eagle Pass, TX and get paid for it. TURNEY further stated once they arrived at a residence, several people got into her car and started driving south on Hwy 277. GROOMES did not provide statements.*

in violation of Title    **8**    United States Code, Section(s)    **1324(a)(1)(A)(v)(I)**

| | |
|---|---|
| VICTOR ROBERTO GARCIA | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | August, 31, 2021 DEL RIO, Texas |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-name defendant at DEL RIO, Texas.

| Date Received<br>August 31, 2021 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest<br>August 25, 2021 | Pena, Luis A<br>Border Patrol Agent | *[signature]* |