FILED
September 22, 2021
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____TB____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CAUSE NO.: **DR-21-CR-01501-AM** |
| | § | **I N D I C T M E N T** |
| v. | § § | |
| | § | [VIO: COUNT ONE: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i) Conspiracy to Transport Illegal Aliens; COUNT TWO: 8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i) Illegal Alien Transportation.] |
| BRITTANY NISHA TURNEY, WESLEY JOHN CHARLES GROOMES | § § § § § | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i)]

On or about August 25, 2021, in the Western District of Texas, Defendants,

BRITTANY NISHA TURNEY,
WESLEY JOHN CHARLES GROOMES,

did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown, to commit the following offense against the United States: to transport and move, and attempt to transport and move, by means of transportation or otherwise, aliens who entered and remained in the United States in violation of law, knowing and in reckless disregard of the fact said aliens came to, entered, and remained in the United States in violation of law, and in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) and (B)(i).

COUNT TWO
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i)]

On or about August 25, 2021, in the Western District of Texas, Defendants,

BRITTANY NISHA TURNEY,
WESLEY JOHN CHARLES GROOMES,

did knowingly and in reckless disregard of the fact that the hereinafter named alien has come to, entered and remained in the United States in violation of law, willfully and unlawfully transported and moved, and attempted to transport and move, by means of transportation or otherwise, in furtherance of such violation of law, a certain alien, to-wit: JOSE ARTURO YANEZ-MONZON, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(i).

A TRUE BILL

FOREPERSON

ASHLEY C. HOFF
United States Attorney

By: _____
BRETT C. MINER
Assistant United States Attorney