# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | Case Number: DR:21-M -01513(1) |
| (1) Brittany Nisha Turney<br>  *Defendant* | § | |

# ORDER

On motion of the United States Government requesting detention of the Defendant, (1) Brittany Nisha Turney, a hearing was set for 09/17/21.

JAIME ZAMPIEROLLO was appointed to represent the defendant. On 09/17/21, the attorney for the defendant filed a Waiver of Preliminary and Detention Hearing signed by the attorney, and the defendant waiving the hearings and the right to contest the Government's motion,

THEREFORE, pursuant to this waiver, it is ordered that the defendant be detained without bond until the completion of this case.

SIGNED this 17th day of September, 2021.

_____
COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE